1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO GOICOCHEA,

              Petitioner,

    v.

UNITED STATES OF AMERICA, *et al.*,

              Respondents.

Case No.  2:22-cv-01739-JDP (HC)

ORDER DIRECTING PETITIONER TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE

      Petitioner, a federal prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however filed his application for leave to proceed *in forma pauperis* on the form used by this district.  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee ($5.00).

      It is hereby ORDERED that:

      1.  Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice.

      2.  Petitioner shall submit, within thirty days from the date of this order, either an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

      3.  Petitioner's failure to comply with this order may result in a recommendation that this

1    action be dismissed.

2        4.  The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form

3    used by this district.

4

5    IT IS SO ORDERED.

6

7    Dated:   __October 12, 2022__     _____

8                                       JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2