UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GOICOCHEA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Respondents. | Case No.  2:22-cv-01739-JDP (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 10 |

Respondent has filed a motion for an extension of time to file a response to the petition. ECF No. 10.  Good cause appearing, it is hereby ORDERED that:

　　1. Respondent's motion for an extension of time, ECF No. 10, is granted.

　　2. Respondent is granted up and until March 15, 2023, to file a response to the petition.

IT IS SO ORDERED.


Dated:　February 16, 2023　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE