PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GOICOCHEA,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>　　　　　　　Respondent. | CASE NO. 2:22-CV-01739-JDP (HC)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME |

On March 15, 2023, Respondent requested an extension of time to file its response to Petitioner's 28 U.S.C. § 2241 petition.

IT IS HEREBY ORDERED that Respondent's request to file its response by March 23, 2023 is granted.

IT IS SO ORDERED.

Dated:   March 17, 2023                      _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE